UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

CHRISTY CAVIGGIA MCGIRT,

        Plaintiff,

v.

**JUDGMENT**

No. 7:16-CV-389-FL

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of Defendant's Consent Motion for Remand to the Social Security Administration.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on June 13, 2017, that Defendant's Consent Motion for Remand to the Social Security Administration is granted, and the Court reverses Defendant's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to Defendant for further administrative action.

**This Judgment Filed and Entered on June 13, 2017, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Michael Gray Gillespie (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

June 13, 2017                      PETER A. MOORE, JR., CLERK
                                      /s/ Susan W. Tripp
                                    (By) Susan W. Tripp, Deputy Clerk